VAN EVERY v. REID

No. 224PA00

Case below: 137 N.C.App. 589

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 12 July 2000 only as to issue number three which states: Whether the trial court erred in failing to include the financial contributions of J. Timothy Reid to the household expenses of Defendant-Appellee in its child support computations.

WATSON v. SMOKER

No. 241P00

Case below: 138 N.C.App. 158

Petition by plaintiff (Watson) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 July 2000.

WINTERS v. WINTERS

No. 228A00

Case below: 137 N.C.App. 589

Notice of appeal by plaintiff pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 12 July 2000. Motion by defendant (St.Augustine's) to dismiss appeal based on constitutional question dismissed as moot 12 July 2000. Motion by defendant (St.Augustine's) for sanctions denied 12 July 2000.